**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 6, 2012**



In The

# Fourteenth Court of Appeals

## NO. 14-12-00732-CV

**AGILE SEISMIC, L.L.C., Appellant**

**V.**

**DYNAMIC GLOBAL ADVISORS COMPANY, Appellee**

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-27739**

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed July 17, 2012. On August 22, 2012, appellant filed a motion to dismiss the appeal because it has been rendered moot. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Christopher, and Jamison.